FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
SEP 28 2011 AM08:2
M. REGINA THOMAS,
CLERK
BY Deputy Clerk
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF** | ) | **CHAPTER 7** |
| | ) | |
| **VALERIE ELAINE BARKER** | ) | **BANKRUPTCY CASE** |
| | ) | **NO. 1173832-JEM** |
| **Debtor.** | ) | |
| | ) | |
| ___ | ) | |
| | ) | |
| **VALERIE ELAINE BARKER** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **THE LYND COMPANY,** | ) | |
| **CASCADE OAKS APARTMENTS,** | ) | |
| **and agents NICHOLE VEAL and** | ) | |
| **TYRENE YOUNG** | ) | |
| **Defendants.** | ) | |

**MOTION FOR VIOLATION OF AUTOMATIC STAY AND CREDITOR MISCONDUCT**

Plaintiff, VALERIE ELAINE BARKER, by and through herself herby moves the court for an award of damages against Defendants, THE LYND COMPANY, CASCADE OAKS APARTMENTS, NICHOLE VEAL, TYRENE YOUNG, for a violation of automatic stay and alleges the following:

1) Plaintiff filed for an Order of Relief under Chapter 7 of Title 11 on August 17, 2011.

2) The aforementioned case is currently pending before this court.

3) The gravamen of this motion is that despite Plaintiff's filing of bankruptcy, Defendants have willfully continued to subject Plaintiff with several reminders which

include escalations in monetary amount, and additional debt all which were posted at Plaintiff's premises in clear view of the public.

**FACTS**

1) On or about September 5, 2011, Plaintiff opened her door and found a color "coded" notice on her door (Exhibit "A") indicating that rent had not been received.

2) On September 7, 2011, Plaintiff opened her door and found a color "coded" notice on her door (Exhibit "B") describing a delinquent balance and its amount.

3) On September 8, 2011, Plaintiff not foreseeing a quick resolution of debt added the Defendant The Lynd Company as creditor in the above aforementioned case.

4) On September 8, Plaintiff called management office and spoke to Defendant Nicole Veal and kindly gave notice of the Chapter 7 Bankruptcy filing and Case Number stating that the case is pending in court.

5) On September 11, 2011, Plaintiff opened her door and found a colored "coded" notice on her door (Exhibit "C") which included an increase of debt amount.

6) On September 11, 2011, Plaintiff called management office and spoke to Defendant Tyrene Young kindly reminding Defendant Tyrene Young that a Chapter 7 Bankruptcy had been filed and is pending in court.

7) Defendant Tyrene Young responded by telling Plaintiff that a warrant has been filed.

8) On September 24, 2011, Plaintiff opened her door and found a colored "coded" notice on her door together with an envelope both containing additional debt amounts (Exhibits "D" and "E").

9) In addition Defendants have refused to complete repairs previously submitted as a means of retaliation against the Plaintiff.

**COUNT I: AUTOMATIC STAY APPLIES TO THE DEFENDANT**

10) 11 U.S.C. Section 362 of the Bankruptcy Code stays action to collect a debt. Specifically, 11 U.S.C. § 362 (a)(1) protects debtor from creditors that are acting in any capacity to collect, assess, or recover a claim against debtor that arose before the commencement of the bankruptcy proceedings.

11) Debtor is enjoined by the automatic stay from creditor attempts to collect a debt, including using retaliatory methods.

12) The filing of a petition bankruptcy effectuates automatic of all proceedings against debtor effective the date the petition is filed and actions taken in violation of stay are void, even if there is no actual notice of the stay.

**COUNT II: VIOLATION OF THE STAY WAS WILLFULL**

13) Defendants have acted with blatant disregard to court rules and procedures.

14) Defendant was listed as a creditor on Plaintiff's bankruptcy petition filing and had been advised on her pending bankruptcy.

15) Based on Defendants' actions of deliberately using public notice in a private matter, and utilizing retaliatory methods, Defendants have willfully violated the automatic stay in place for the Plaintiff.

16) A willful violation of the automatic stay occurs when the creditor knew that the stay had been invoked and deliberately intended the action that violated the stay.

## COUNT III: PLAINTIFF WAS INJURED BY DEFENDANTS' CREDITOR MISCONDUCT

17) Defendants deliberately utilized the color "coded" method of public notice and humiliation with the intent to injure Plaintiff.

18) Plaintiff filed for bankruptcy and believed she was relieved from the pressure and harassment from creditors seeking to collect their claims.

19) However, Defendants have failed to abide by the automatic stay and has publicly humiliated as well as retaliated against Plaintiff by not repairing rental unit as promised prior to bankruptcy filing and has left Plaintiff suffering from emotional distress.

20) Plaintiff has been injured by Defendants' actions to collect the debt.

## DAMAGES

WHEREFORE, 11 U.S.C. Section 362 (k) provides that damages arising from willful violations of the automatic stay are available to "individuals" harmed by such violations. The debtor therefore, seeks an award of damages under Section 105(a). The debtor's damages include:

a) Plaintiff has suffered public humiliation.

b) Plaintiff has suffered emotional distress.

c) Plaintiff has lost precious time from her personal life while attempting to recover from her losses and change in life.

d) Plaintiff has suffered interruption, annoyance, and continuing anxiety as she proceeds with her Chapter 7 bankruptcy filing.

e) Lastly, Plaintiff prays to also recover in the form of punitive damages.

Since actions taken in violation of the automatic stay are void, the court is urged to find The Lynd Company, Cascade Oaks Apartments, Nicole Veal, and Tyrene Young in violation of the automatic stay and damages should be awarded to the Plaintiff.

Dated this 26th day of September, 2011.

By: Valerie Elaine Barker

Valerie Elaine Barker

VALERIE ELAINE BARKER
3820 Old Cascade Road A3
Atlanta, Georgia 30331
(770) 899-7075

EXHIBIT A




**Dear Resident,**

**We did not receive your rental payment yesterday. We want to save you a late fee.**

**Rent MUST be paid by close of business on the 5th to prevent a late fee from being posted to your account.**

**We appreciate you being a Valued Resident!**

**Thank you**
**Management**

EXHIBIT B

LYND
Conscious Real Estate

# Late Notice

## Cascade Oaks

September 06, 2011

Valerie Barker
3820 Old Cascade Rd SW # A-3
Atlanta, Ga 30331

Dear Valerie Barker,

After reviewing your ledger account, we discovered a delinquent balance in the amount of $475.00.

If you feel this letter has reached you in error, please come by the office and we will be happy to discuss this with you.

For your safety our office does not accept personal checks or cash. Payments must be money orders or cashier's checks which need to be made payable to Cascade Oaks . Payments can be made online at www.lyndweb.com. In order to avoid further charges, please pay the full amount.

Failure to pay will incur additional charges. Please be aware that this balance can cause serious damage to your credit and result in future collection proceedings. This usually causes future difficulties in renting or purchasing a home.

If you have any questions, please contact the management office at 404-699-5660.

Sincerely,

Community Director
Cascade Oaks

EXHIBIT B

September 10, 2011

# URGENT

We have made numerous attempts to contact you regarding your rental payment for the month of **September 2011**.

## We will file eviction within 24 hours which will result in an additional $200.00 in legal fees being assessed to your account.

It is ***IMPERATIVE*** that you contact us immediately at **404-699-5660** to make arrangements to tender payment or surrender possession of the residence.

We take **RENT COLLECTION** very seriously and hope that you fully understand our efforts in attempting to reach you!

Sincerely,

Tyrene Young
Community Director

EXHIBIT D

LYND
Conscious Real Estate

# BALANCE
# DUE

Our records indicate that you currently have a unpaid balance in the amount of:

$ 675.00 .

Please tender payment immediately to avoid additional fees assessed to your account and/or further legal action.

Should you have any questions and/or concerns regarding this matter, please contact the management office at 404-699-5660.

Tyrene Young

Tyrene young

Community Director

EXHIBIT E

LYND
Conscious Real Estate

# Notice

## Cascade Oaks Apartments

September 23, 2011

Dear Resident(s),

Please find attached your water bill due by 10/1/2011. Please include this amount with your rental payment due on 10/01/2011 and late after 10/5/2011.

If you have any questions, please contact the management office at 404-699-5660

Sincerely,

Dyanne Young

Community Director
Cascade Oaks Apartments

## TLC ENERGY SERVICES — Cascade Oaks

THIS IS YOUR UTILITY BIL

This statement is not from your local/Municipal Utility Department. It reflects allocated utility usage

Service Address: 3820 Old Cascade Road
Atlanta, GA 30331

| Acct Number: | Service From: | Service To: | BILLING DATE: | PAST DUE AFTER |
|---|---|---|---|---|
| CSC00 - A-3 | 6/27/2011 | 7/27/2011 | 9/22/2011 | 10/1/2011 |

| | |
|---|---|
| Water: | $4.07 |
| Waste Water: | $2.53 |
| TOTAL DUE: | $6.60 |

*Your bill has been PRORATED and is from 07/23/2011 to 7/27/2011*

Resident: Valerie Barker
3820 Old Cascade Road Southwest
Atlanta, GA 30331
Unit #: 00 - A-3
Head Count: 1
Square Footage: 692

ENERGY SERVICES

**TOTAL DUE BEFORE 10/1/2011 $6.60**

**KEEP THIS PORTION FOR YOUR RECORD**

A 5% late fee will be assessed for any late payments.

For questions or concerns please contac
customerservice@thelyndco.com

***For a detailed explanation of your bill's calculation, please visit your community's office***

---

## Cascade Oaks

Service Address: 3820 Old Cascade Road Southwest,

| BILLING DATE: | PAST DUE AFTER |
|---|---|
| 9/22/2011 | 10/1/2011 |

Resident: Valerie Barker
Unit #: 00 - A-3

Service From:
6/27/2011

Service To:
7/27/2011

| | |
|---|---|
| Water: | $4.07 |
| Waste Water: | $2.53 |

ENERGY SERVICES

TOTAL DUE BEFORE 10/1/2011 **$6.60**

A 5% late fee will be assessed for any late payments.

**ATTACH THIS CARD TO YOUR PAYMENT**

B

EXHIBIT B