**IT IS ORDERED as set forth below:**

**Date: November 28, 2011**

James E. Massey
U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Valerie Elaine Barker,

Debtor.

CASE NO. 11-73832

CHAPTER 7

JUDGE MASSEY

The Lynd Company d/b/a Cascade Oaks Apartments,

Movant,

v.

Valerie Elaine Barker and S. Gregory Hayes,

Respondents.

CONTESTED MATTER

ORDER GRANTING MOTION FOR STAY RELIEF

The court held a hearing on November 15, 2011 on Movant's motion for stay relief to regain possession of premises leased by Movant to Debtor. Debtor appeared at the hearing, but the Trustee did not. Based on the undisputed facts, including that Debtor has not paid post-

petition rent and the Trustee has not sought to assume the lease, reflected on the record and on the conclusions of law stated orally on the record, the motion for stay relief is GRANTED. The automatic stay is modified to the extent necessary for Movant to commence and complete dispossessory proceedings against Debtor pursuant to applicable state law and to assert any and all of its respective rights under applicable state law as to the leased property. The 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

The clerk is directed to serve a copy of this order on Debtor, Movant's counsel and the Chapter 7 Trustee.

* * * END OF ORDER* * *